IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEFFREY C. HARTMAN,

        Plaintiff,

    v.

COMMISSIONER SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

No. CV 05-698-MO

JUDGMENT OF REMAND

**MOSMAN, J.,**

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED and REMANDED for further administrative proceedings consistent with the Ninth Circuit Mandate filed November 6, 2008 (#26).

    DATED this  25th  day of November, 2008.

                                        /s/ Michael W. Mosman
                                        MICHAEL W. MOSMAN
                                        United States District Judge

PAGE 1 - JUDGMENT OF REMAND